1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9    MICHAEL LENIOR SMITH,

10              Plaintiff,                    No. CIV S-05-1257 GEB KJM P

11         vs.

12   STATE OF CALIFORNIA, et al.,

13              Defendants.                   <u>ORDER</u>

14   _____/

15             Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

16   filed under 42 U.S.C. § 1983.  By order filed December 28, 2005, plaintiff's complaint was

17   dismissed with thirty-days-leave to file an amended complaint.  On January 23, 2006, plaintiff

18   filed a request for an extension of time to file his amended complaint.  Good cause appearing,

19   plaintiff's request for an extension of time will be granted and plaintiff's amended complaint will

20   be deemed timely.

21             The amended complaint states cognizable claims for relief under 42 U.S.C.

22   § 1983 and 28 U.S.C. § 1915A(b) against defendants Hickman, Runnels, Woodford and

23   Armoskus for violations of the Equal Protection Clause of the Fourteenth Amendment; and

24   Hickman, Runnels, Woodford, Armoskus and French for violation of the Eighth Amendment.  If

25   the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to

26   prevail on the merits of these claims against these defendants.  With respect to the other claims

1

1   identified in plaintiff's amended complaint, plaintiff's amended complaint fails to state a claim

2   upon which relief can be granted.  Therefore, the court will order service of process upon only

3   defendants Hickman, Runnels, Woodford, Armoskus and French.

4               In accordance with the above, IT IS HEREBY ORDERED that:

5               1.  Plaintiff's January 23, 2006 request for an extension of time is granted.

6               2.  Plaintiff's February 1, 2006 amended complaint is deemed timely.

7               3.  Service is appropriate for defendants Hickman, Runnels, Woodford, Armoskus

8   and French.

9               4.  The Clerk of the Court shall send plaintiff five USM-285 forms, one summons,

10  an instruction sheet and a copy of the amended complaint filed February 1, 2006.

11              5.  Within thirty days from the date of this order, plaintiff shall complete the

12  attached Notice of Submission of Documents and submit the following documents to the court:

13                  a.  The completed Notice of Submission of Documents;

14                  b.  One completed summons;

15                  c.  One completed USM-285 form for each defendant listed in number 3

16                  above; and

17                  d.  Six copies of the endorsed amended complaint filed February 1, 2006.

18              6.  Plaintiff need not attempt service on defendants and need not request waiver of

19  service.  Upon receipt of the above-described documents, the court will direct the United States

20  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

21  without payment of costs.

22  DATED:  September 27, 2006.

23

24  _____
    UNITED STATES MAGISTRATE JUDGE

25

26

1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  MICHAEL LENIOR SMITH,

11          Plaintiff,                        No. CIV-S-05-1257 GEB KJM P

12      vs.

13  STATE OF CALIFORNIA, et al.,              NOTICE OF SUBMISSION

14          Defendants.                          OF DOCUMENTS

15  _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17  order filed _____:

18          __1__       completed summons form

19          __5__       completed USM-285 forms

20          __6__       copies of the __2/1/06_____
                                        Amended Complaint

21  DATED:

22

23                              _____
                                Plaintiff
24

25

26