1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL LENIOR SMITH,

11           Plaintiff,                    No. CIV S-05-1257 GEB KJM P

12       vs.

13   STATE OF CALIFORNIA, et al.,

14           Defendants.            ORDER

15   _____/

16           Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant

17   to 42 U.S.C. § 1983.

18           By an order filed September 28, 2006, this court ordered plaintiff to complete and

19   return to the court, within thirty days, a summons, five USM-285 forms and copies of his

20   amended complaint, which are required to effect service on the defendants.  On October 18,

21   2006, plaintiff submitted the five completed USM-285 forms but failed to submit the required six

22   copies of the February 1, 2006 amended complaint and a completed summons.

23           Accordingly, IT IS HEREBY ORDERED that:

24           1.  The Clerk of the Court is directed to send plaintiff a copy of his February 1,

25   2006 amended complaint and a blank summons; and

26   /////

1

2.   Within thirty days, plaintiff shall submit to the court the six copies of the February 1, 2006 amended complaint and a completed summons required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED:  October 30, 2006.

_____
U.S. MAGISTRATE JUDGE

1/mp
smit1257.8f

2