IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENIOR SMITH,

    Plaintiff,                      No. CIV S-05-1257 GEB KJM P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

        On November 29, 2006, plaintiff filed a motion for leave to submit a "supplemental" complaint. Plaintiff's motion was not, however, accompanied by a proposed amended complaint.[1] As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court under the in forma pauperis statute. See 28 U.S.C. § 1915.

/////

---

[1] Plaintiff is informed that the court cannot refer to a prior pleading in order to make an amended complaint complete. Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).

1

1 | Because plaintiff did not submit a proposed amended complaint, the court is unable to evaluate
2 | it. Plaintiff's motion will be denied.
3 |             Accordingly, IT IS HEREBY ORDERED that plaintiff's November 29, 2006
4 | "request to submit a supplemental complaint" is denied.
5 | DATED: December 5, 2006.

_____
U.S. MAGISTRATE JUDGE

1
smit1257.10b