EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
TRACY S. HENDRICKSON
Supervising Deputy Attorney General
BARRY D. ALVES, State Bar No. 232971
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8212
 Fax: (916) 324-5205
 Email: Barry.Alves@doj.ca.gov

Attorneys for Defendants Armoskus, French,
Hickman,and Woodford
SA2006304062

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL LENIOR SMITH,** | 2:05 CV-1257 GEB KJM P |
| Plaintiff, | **STIPULATION AND PROTECTIVE ORDER** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

Subject to the approval of this Court, the parties hereby stipulate to the following protective order:

1. In connection with discovery proceedings in this action, Plaintiff has requested documents which are confidential. This confidential information is not made public and concerns or relates to processes, operations, sensitive information pertaining to individuals, and security-related information unique to the California Department of Corrections and Rehabilitation (CDCR) and its prison institutions, the disclosure of which may have the effect of causing harm to prison employees or prisoners.

2. Specifically, Plaintiff has requested lockdown memoranda and portions of the confidential section of the CDCR Operations Manual. Defendants have gathered the relevant documents and stamped or otherwise marked them as confidential.

3. The parties hereby designate as confidential under this order, the documents stamped or otherwise marked as "confidential." The documents stamped or otherwise marked as "confidential" shall be used only for the purposes of the prosecution or defense of this action, and for no other purpose. Plaintiff cannot copy, or otherwise reproduce, these documents. The material designated as confidential may be disclosed, or made available, only to the Court. Otherwise, Plaintiff cannot show, disclose, or otherwise provide these document to anyone, particularly other inmates.

4. This order shall be without prejudice to the right of the parties: (a) to bring before the Court at any time the question of whether any particular document or information is confidential or whether its use should be restricted; or (b) to present a motion to the Court under FRCP 26(c) for a separate protective order as to any other particular document or information, including restrictions differing from those specified herein. This order shall not be deemed to prejudice the parties in any future application or modification of this order. This order shall not be deemed to prevent the parties from objecting to this information at trial.

/ / /

/ / /

/ / /

1  5. This order is entered solely for the purpose of facilitating the exchange of
2  documents and information between the parties to this action without involving the Court
3  unnecessarily in the process. This order does not affect the right of either party to redact
4  information. Nothing in this order nor the production of any information shall be deemed to
5  have the effect of an admission or waiver by either party or of altering the confidentiality or
6  nonconfidentiality or any such document or information.

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
TRACY S. HENDRICKSON
Supervising Deputy Attorney General

Dated: June 28, 2007        */s/ Barry D. Alves*
                             BARRY D. ALVES
                             Deputy Attorney General
                             Counsel for Defendants

Dated: June 28, 2007        ***See Following Page for Signature***
                             MICHAEL SMITH
                             Plaintiff Pro Per

With the clarification that any requests to seal or redact information to be filed with the court are governed by Local Rules 39-140 and 39-141, IT IS SO ORDERED.

Dated: July 12, 2007.

_____
U.S. MAGISTRATE JUDGE

STIPULATION AND PROTECTIVE ORDER
3