IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENIOR SMITH,

    Plaintiff,                 No. CIV S-05-1257 GEB KJM P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.            ORDER

_____/

    Plaintiff seeks an extension of time to respond to defendants' request for production of documents. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's July 20, 2007 request for an extension of time is granted; and

    2. Plaintiff shall serve his response to defendants' request for production of documents within thirty days of this order.

DATED: July 26, 2007.

_____
U.S. MAGISTRATE JUDGE

1
smit1257.36