IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL LENIOR SMITH,**<br><br>                              Plaintiff,<br><br>          v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>                              Defendants. | 2:05 CV-1257 GEB KJM P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION TO COMPEL** |

The Court has considered Defendants' request for an extension of time to file a motion to compel and good cause having been shown,

IT IS ORDERED THAT: Defendants shall have until September 14, 2007 to file a motion to compel a response to Defendants' request for production of documents.

DATED: August 2, 2007.

_____
U.S. MAGISTRATE JUDGE

ORDER
1