IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL LENIOR SMITH,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 2:05 CV-1257 GEB KJM P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT AND OPPOSE PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW** |

The Court, having considered Defendants' request for extension of time and good cause appearing, IT IS HEREBY ORDERED that:

1. The deadline for both parties to file dispositive motions will be November 28, 2007; and

2. Defendants' opposition to Plaintiff's motion for judgment as a matter of law will be due November 28, 2007.

DATED: September 20, 2007.

_____
U.S. MAGISTRATE JUDGE

ORDER
1