IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENOIR SMITH,

    Plaintiff,                        2:05-cv-1257-GEB-KJM-P

   vs.

STATE OF CALIFORNIA, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 25, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Both parties have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the

///

1

entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 25, 2008 are adopted in full;

2. Plaintiff's request for "a ruling as a matter of law . . ." (docket #45) is denied.

3. Defendants' motion for summary judgment (docket #55) is granted in part and denied in part as follows:

   A. Granted with respect to plaintiff's Eighth Amendment claim against defendant French, resulting in plaintiff's claim being dismissed without prejudice for failure to exhaust administrative remedies prior to filing suit and resulting in defendant French being dismissed from this action.

   B. Granted with respect to plaintiff's claims against defendants Hickman, Woodford and Armoskus, resulting in their being dismissed from this action.

   C. Granted with respect to plaintiff's equal protection claim against defendant Runnels resulting from prison lockdowns occurring between January 27 and May 3, 2005.

   D. Denied with respect to plaintiff's equal protection claim against defendant Runnels resulting from a prison lockdown occurring between December of 2003 and March of 2004.

   E. Denied with respect to plaintiff's equal protection claim against defendant Runnels resulting from a prison lockdown occurring between May and June of 2005.

/////

/////

F.  Denied with respect to plaintiff's Eighth Amendment claim against defendant Runnels resulting from a prison lockdown occurring between December of 2003 and March of 2004.

G.  Denied with respect to plaintiff's Eighth Amendment claim against defendant Runnels resulting from a prison lockdown occurring between January and June of 2005.

Dated: January 15, 2009

GARLAND E. BURRELL, JR.
United States District Judge