IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENOIR SMITH,

      Plaintiff,                    No. CIV S-05-1257 GEB KJM P

   vs.

STATE OF CALIFORNIA, et al.,

      Defendant.                ORDER

_____/

      The district court judge assigned to this case recently granted in part and denied in part defendants' motion for summary judgment. See Docket Entry #73. Because the court dismissed some of plaintiff's claims, the court will order plaintiff to file an amended pretrial statement. Plaintiff's failure to file an amended pretrial statement will result in a recommendation that this action be dismissed without prejudice.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff file an amended pretrial statement within thirty days; and

      2. Defendants file their pretrial statement within twenty days of service of plaintiff's statement.

DATED: February 11, 2009.

                                            _____

1/smit1257.pts                                  U.S. MAGISTRATE JUDGE