IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL LENIOR SMITH,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | Case No. 2:05 CV-1257 GEB KJM P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A PRETRIAL STATEMENT** |

The Court having considered Defendant's first request for an extension of time to file a pretrial statement (docket no. 77), and good cause having been found,

IT IS HEREBY ORDERED THAT: Defendant's pretrial statement shall be filed on or before April 15, 2009.

DATED: March 12, 2009.

_____
U.S. MAGISTRATE JUDGE

1