IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENIOR SMITH,

      Plaintiff,                     No. CIV S-05-1257 GEB KJM P

    vs.

STATE OF CALIFORNIA, et al.,

      Defendant.              <u>ORDER</u>

        On June 8, 2009 plaintiff filed a motion asking that the court order prison officials to provide him with his legal files, release him from administrative segregation and not harass him. After reviewing the motion, the court finds that there is no legal basis for entering any of the orders plaintiff seeks. Therefore, the motion (#82) is denied.

DATED: July 13, 2009.

                                         U.S. MAGISTRATE JUDGE

1
smit1257.pi