IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENOIR SMITH,

               Plaintiff,                     No. CIV S-05-1257 GEB KJM P

    vs.

STATE OF CALIFORNIA, et al.,

               Defendants.          ORDER

_____/

           Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. He has filed a motion asking that this matter be set for trial. This matter cannot be set for trial until the district court judge assigned to this case rules on defendant's August 31, 2009 motion for reconsideration. Therefore, plaintiff's July 27, 2009 request that this matter be set for trial (#84) is denied.

DATED: September 10, 2009.

_____
U.S. MAGISTRATE JUDGE

1
smit1257.mst