1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL LENOIR SMITH,

11              Plaintiff,                    No. CIV S-05-1257 GEB KJM P

12       vs.

13   STATE OF CALIFORNIA, et al.,

14              Defendants.              ORDER

15   _____/

16              Plaintiff is a state prisoner proceeding pro se with an action for violation of civil

17   rights under 42 U.S.C. § 1983.   Defendant Runnels's motion for summary judgment was filed

18   on June 28, 2010.  Plaintiff asserts he has not been able to respond to the motion because he is

19   being denied access to his case files and research materials.

20              Good cause appearing, IT IS HEREBY ORDERED that counsel for defendant

21   Runnels file a response to plaintiff's September 13, 2010 request for an extension of time

22   /////

23   /////

24   /////

25   /////

26   /////

within fourteen days.  Specifically, counsel shall indicate whether plaintiff is being denied access

to his case file and research materials and, if so, why.

DATED: September 29, 2010.

_____

U.S. MAGISTRATE JUDGE

1/kly
smit1257.36(3)