1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL LENOIR SMITH,

11              Plaintiff,                    No. CIV S-05-1257 GEB KJM P

12        vs.

13   STATE OF CALIFORNIA, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16              Plaintiff requests that this action be stayed until California State Prison Corcoran

17   screens and provides access to plaintiff's legal property following his recent transfer to that

18   facility.  Plaintiff's request merely speculates that time will elapse before he is provided his

19   materials, and his request is unverified.  Nonetheless, plaintiff will be granted an extension of

20   time to file an opposition to defendant Runnels's pending motion for summary judgment.  The

21   court notes that plaintiff has already been given more than five months to prepare his opposition,

22   in this case which was filed more than five years ago.  Further extensions of time will not be

23   granted absent extraordinary cause.

24              Accordingly, IT IS HEREBY ORDERED that:

25              1.  Plaintiff's request for a stay (#103) is denied; and

26   /////

2.  Plaintiff is granted thirty days within which to file his opposition to defendant Runnels's motion for summary judgment.  Failure to file an opposition within thirty days will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

DATED:  December 7, 2010.

_____
U.S. MAGISTRATE JUDGE

1
smit1257.36(a)