IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENOIR SMITH,

    Plaintiff,                           No. CIV S-05-1257 GEB KJN (TEMP) P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendant.                       ORDER

_____/

        On February 2, 2011, plaintiff filed a document titled "motion for ruling as a matter of law." While it is not clear, plaintiff seems to present more arguments as to his position on defendant Runnels's June 28, 2010 motion for summary judgment, despite the fact that plaintiff has already opposed the motion and has not sought leave to file a supplemental opposition. In any case, the motion is not appropriate and is denied. Plaintiff is warned that if he continues to file motions which are clearly inappropriate, he will be sanctioned, including possible dismissal of this action.

DATED: February 15, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

smit1257.mfr