IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENOIR SMITH,

     Plaintiff,                    No. CIV S-05-1257 GEB KJN (TEMP) P

     vs.

STATE OF CALIFORNIA, et al.,

     Defendants.             <u>ORDER</u>

        On April 14, 2001, plaintiff filed document the court construes as a request for reconsideration of the magistrate judge's order filed March 29, 2011 limiting plaintiff's objections to findings and recommendations issued February 16, 2011 to 50 pages. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

/////

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 29, 2011, is affirmed.

Dated: May 10, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge