IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENOIR SMITH,

     Plaintiff,                     No. 2:05-cv-1257 GEB KJN (TEMP) P

     vs.

STATE OF CALIFORNIA, et al.,

     Defendants.              <u>ORDER</u>

_____/

       Plaintiff has filed a document the court construes as a request for an order certifying the court's June 7, 2011, order granting defendant's motion for summary judgment for appeal. Because plaintiff has not made the showing described in 28 U.S.C. § 1292(b), his June 17, 2011, request is denied.

Dated: July 14, 2011

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge