IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL LENOIR SMITH, | | |
| Plaintiff, | No. CIV S-05-1257 GEB CKD P | |
| vs. | | |
| STATE OF CALIFORNIA, et al., | ORDER AND | |
| Defendants. | FINDINGS AND RECOMMENDATIONS | |

By order filed June 7, 2011, the court directed plaintiff to file an amended pretrial statement within 30 days. Plaintiff has not responded to the court's order. The court will therefore recommend that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

In accordance with the above, IT IS HEREBY ORDERED that defendant Runnels is relieved from filing a pretrial statement; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
2  shall be served and filed within fourteen days after service of the objections.  The parties are
3  advised that failure to file objections within the specified time may waive the right to appeal the
4  District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 3, 2011                                    /s/ Carolyn K. Delaney
                                                                              United States Magistrate Judge

1
smit1257.fpt